```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

        JUN 2 5 2014

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:13-cr-00366-APG-GWF-1 |
| vs. ) | |
| ANTHONY VALENZUELA, ) | |
| Defendant. ) | **ORDER** |

On October 3, 2013 the Federal Public Defender was appointed to represent Anthony Valenzuela. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Richard Tanasi, is APPOINTED as counsel for Anthony Valenzuela place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Tanasi forthwith.

DATED this 25th day of June, 2014.
Nunc Pro Tunc date June 24, 2014.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE