**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00366-APG-GWF |
| vs. ) | **ORDER** |
| ANTHONY VALENZUELA, ) | |
| Defendant. ) | |

This matter is before the Court on the Motion to Withdraw Defendant's Motion to Suppress (#28) Without Prejudice (#47), filed on October 17, 2014.  Upon review and consideration,

**IT IS HEREBY ORDERED** that the Motion to Withdraw Defendant's Motion to Suppress (#28) Without Prejudice (#47) is **granted** and Defendant's Motion to Suppress (#28) is deemed withdrawn without prejudice.

DATED this 20th day of October, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge