Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTHONY VALENZUELA, ) <br> ) <br> Defendant. ) | Case No: 2:13-cr-00366-APG-GWF |

### NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST

COMES NOW Defendant, ANTHONY VALENZUELA, by and through his counsel of record, LANCE MANINGO, ESQ., of MANINGO LAW, for purposes of potential 2255 Motion to Vacate under *Rehaif v. United States*, only, and moves this Honorable Court to allow counsel to be removed from CM/ECF E-Notice List.

DATED this 25th day of June, 2020.

MANINGO LAW

By: /s/ Lance Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

IT IS HEREBY ORDERED, that Attorney Lance Maningo shall be removed from the Electronic Service List for purposes of filings pertaining to Plaintiff's Habeas Corpus petition filed under 28 U.S.C. § 2255.

*[signature]*
U.S. MAGISTRATE JUDGE

Dated: June 29, 2020

1