# FILED
# UNDER
# SEAL

Prob12C
D/NV Form
Rev. March 2017

## United States District Court
### for
### the District of Nevada

## PETITION FOR SUMMONS
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Anthony Valenzuela**

Case Number: **2:13CR00366**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **September 15, 2015**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **77 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 28, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To issue a summons:

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Refrain From Unlawful Use of Controlled Substance** - The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

   A. Valenzuela submitted positive drug tests for THC and methamphetamine on the following dates:

**RE: Anthony Valenzuela**

Prob12C
D/NV Form
Rev. March 2017

December 30, 2022
January 5, 2023
February 1, 2023
February 11, 2023

B. Valenzuela failed to report for scheduled drug tests on the following dates:
January 10, 2023
January 23, 2023
January 26, 2023

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **February 13, 2023**

Digitally signed by Matthew Martinez
Date: 2023.02.13 11:02:08 -08'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.02.13 09:43:51 -08'00'

Brian Blevins
Supervisory United States Probation Officer

**RE: Anthony Valenzuela**

Prob12C
D/NV Form
Rev. March 2017

---

### THE COURT ORDERS

- ☐ No Action.
- ☐ The issuance of a warrant.
- ☑ The issuance of a summons.
- ☐ Other:

_____
Signature of Judicial Officer

February 14, 2023
_____
Date

**RE: Anthony Valenzuela**

Prob12C
D/NV Form
Rev. March 2017

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**UNITED STATES V. ANTHONY VALENZUELA,  2:13CR00366**

**SUMMARY IN SUPPORT OF PETITION FOR SUMMONS**
**February 13, 2023**

By way of case history, Valenzuela was sentenced to 77 months and 27 days custody followed by three (3) years supervised release for committing the offense of Felon in Possession of a Firearm. On July 28, 2021, Valenzuela commenced his term of supervision.

As referenced in the allegations above, Valenzuela has submitted multiple positive drug tests for THC and methamphetamine recently. Additionally, he has failed to report to multiple scheduled drug tests as required.

On January 4, 2023, our office notified Your Honor that Valenzuela had tested positive for THC and methamphetamine. As a result, he was placed back into the comply drug testing program and given instruction to call the drug testing line daily to be notified of scheduled drug test. He was also referred back to substance abuse treatment. Unfortunately, Valenzuela has continued to test positive for THC and methamphetamine. To his credit, Valenzuela has admitted his drug use and has been participating in treatment through Community Counseling Center.

Per 18 U.S.C. § 3583(g)(4) revocation is mandatory if the defendant, as a part of drug testing, tests positive for illegal controlled substances more than 3 times over the course of 1 year. Therefore, we are respectfully requesting a summons be issued to bring Valenzuela before the Court to show cause as to why supervision should not be revoked.

Respectfully submitted,

Digitally signed by
Matthew Martinez
Date: 2023.02.13
11:02:30 -08'00'

_____
Matthew S. Martinez
United States Probation Officer

Approved:



_____
Brian Blevins
Supervisory United States Probation Officer