RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Anthony Valenzuela

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY VALENZUELA,<br><br>        Defendant. | Case No. 2:13-cr-00366-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Anthony Valenzuela, that the Revocation Hearing currently scheduled on March 9, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for the revocation hearing.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1     This is the first request for a continuance of the revocation hearing.

2     DATED this 8th day of March 2023.

4 RENE L. VALLADARES          JASON M. FRIERSON
Federal Public Defender          United States Attorney

6    */s/ Keisha K. Matthews*            */s/ Robert Knief*
By_____     By_____
KEISHA K. MATTHEWS          ROBERT KNIEF
Assistant Federal Public Defender    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY VALENZUELA,<br><br>    Defendant. | Case No. 2:13-cr-00366-APG-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, March 9, 2023, at 1:30 p.m., be vacated and continued to April 5, 2023 at the hour of 10:30 a.m. in Courtroom 6C.

    DATED this 8th day of March 2023.

_____
UNITED STATES DISTRICT JUDGE

3