RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Anthony Valenzuela

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY VALENZUELA,<br><br>    Defendant. | Case No. 2:13-cr-00366-APG-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Anthony Valenzuela, that the Revocation Hearing currently scheduled on September 19, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for the revocation hearing

2. Mr. Valenzuela has a pending case that the parties would like to resolve before the resolution of the supervised release matter.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED: September 9, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00366-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY VALENZUELA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 19, 2024, at 9:00 a.m., be vacated and continued to <u>December 12, 2024</u> at the hour of <u>9:45 a</u>.m. in Courtroom 6C.

DATED this <u>10th</u> day of September 2024.

_____
UNITED STATES DISTRICT JUDGE

3