RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Anthony Valenzuela

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00366-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Ninth Request) |
| ANTHONY VALENZUELA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Anthony Valenzuela, that the Revocation Hearing currently scheduled on May 15, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense Counsel needs additional time to prepare for the revocation hearing

2. Mr. Valenzuela has a pending case that the parties would like to resolve before the resolution of the supervised release matter.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the ninth request for a continuance of the revocation hearing.

DATED: May 2, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>ANTHONY VALENZUELA,<br><br>   Defendant. | Case No. 2:13-cr-00366-APG-EJY<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 15, 2025, at 10:00 a.m., be vacated and continued to June 25, 2025 at the hour of 9:30 a.m. in LV Courtroom 6C.

  DATED this 5th day of May 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE